# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HARVEY FUEL COMPANY, LLC AND
HARVEY GULF INTERNATIONAL
MARINE, LLC

NO.   2025 CW 1285

VERSUS

WESTON AND ASSOCIATES, LLC,
SUR-SEAL LINERS, AND CST
INDUSTRIES, LLC

**MAY 13, 2026**

---

In Re:   CST Industries, Inc., applying for rehearing, 17th
Judicial District Court, Parish of Lafourche, No.
150777.

---

BEFORE:   McCLENDON, C.J., GREENE, AND STROMBERG, JJ.

APPLICATION FOR REHEARING DENIED.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT